# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAYED NASER NOORI,<br><br>    Petitioner,<br><br>    v.<br><br>CHRISTOPHER LAROSE; et al.,<br><br>    Respondents. | Case No.: 25-cv-1824-GPC-MSB<br><br>**ORDER ON JOINT MOTION TO VACATE** |

Having considered the parties' Joint Motion to Vacate, and finding the joint motion meritorious, the Court **GRANTS** the motion and **ORDERS** that the briefing schedule is **VACATED**, and if this case has not been dismissed by August 18, 2025, the parties shall file a joint status report.

It is **SO ORDERED.**

Dated: July 30, 2025

Hon. Gonzalo P. Curiel
United States District Judge